**STATE of Missouri, Plaintiff/Respondent,**

v.

**Jeffery CRAWFORD, Defendant/Appellant.**

**Jeffery CRAWFORD, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

Nos. 61068, 63360.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 12, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 10, 1993.

Application to Transfer Denied Dec. 21, 1993.

Henry B. Robertson, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## *ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of two counts of unlawful use of a weapon, § 571.030.1(1), RSMo 1986, and one count of possession of a controlled substance, § 195.-020, RSMo Supp.1992. He also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).